FRANCES PERKINS, as Industrial Commissioner of the State of New York, on Behalf of the State Insurance Fund, Respondent, v. NATIONAL CONTAINER CORPORATION, Appellant.— Order denying defendant's motion for examination of

plaintiff as an adverse party before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.